# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 18, 2007

Clifford W. Taylor,
Chief Justice

133809 &
(55)(56)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE PETITION OF ATTORNEY
GENERAL FOR INVESTIGATIVE
SUBPOENAS

SC: 133809
COA: 263959
Ingham CC: 04-000076-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2007

Clerk

l0515